IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, in her capacity as the Secretary of Labor,<br><br>        Plaintiff(s),<br>  v.<br>CARDIOGRAFIX, INC., et. al.,<br><br>        Defendant(s). | CASE NO. 5:12-cv-01485 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The above-entitled action is scheduled for a Case Management Conference on June 29, 2012. In light of Plaintiff's request to postpone the conference (see Docket Item No. 17) and considering Defendants' defaults have been entered by the Clerk (see Docket Item No. 16), the court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference and all other pretrial deadlines are VACATED. The court schedules a hearing on Plaintiff's anticipated Motion for Default Judgment for **August 24, 2012, at 9:00 a.m.** Plaintiff shall file, serve and notice the motion as necessary pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: June 13, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-01485 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE